FILED
Dec 29 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ ericas    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16CR3049-JAH |
| Plaintiff, | **INFORMATION** |
| v. | 18 U.S.C. § 2252(a)(2) –Receipt of Images of Minors Engaged in Sexually Explicit Conduct |
| GORDON JAMES ANDREW, | |
| Defendant. | |

The United States Attorney charges:

On or about March 28, 2016, within the Southern District of California, defendant Gordon James ANDREW, did knowingly receive visual depictions, that is digital and computer images, using any means and facility of interstate and foreign commerce and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which have been mailed, shipped, and transported in interstate and foreign commerce, by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depiction was of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

Dated: 12/29/16

LAURA E. DUFFY
United States Attorney

*Michael A. Derhag*
JANET A. CABRAL
Assistant U.S. Attorney